MORRISTOWN TRUST CO., *ET AL.*, PETITIONERS-RE-SPONDENTS, v. AARON K. NEELD, DIRECTOR, ETC., RESPONDENT-PETITIONER.

See same case below: 30 *N. J. Super.* 479.

*Mr. Grover C. Richman, Jr.,* and *Mr. William A. Moore* for the petitioner.

*Messrs. Greene & Hellring* and *Mr. George S. Fischler* for the respondents.

September 20, 1954.   Denied.

JOSEPH CAPUTO, PETITIONER-RESPONDENT, v. THE BEST FOODS, INC., RESPONDENT-PETITIONER.

See same case below: 30 *N. J. Super.* 552.

*Mr. James J. Skeffington* and *Mr. Isidor Kalisch* for the petitioner.

*Mr. David L. Maltz* and *Mr. John A. Laird* for the respondent.

September 20, 1954.   Granted.